## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

KENNETH MILLER

      Plaintiff,

v.             Case No.: 1:20−cv−07177

             Unassigned

General Motors LLC

      Defendant.

## DIVISIONAL TRANSFER NOTICE

DIVISIONAL TRANSFER Notice. Case transferred to Western Division – Rockford. (rc, )